# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 08, 2025

No. 25-10898   USA v. Students
USDC No. 7:25-CV-55

Dear Ms. Paige Duggins-Clay,

We received your Amicus brief of TxILC and IDRA.

No action is taken as the brief is premature.

Please file after Appellant Students' brief is filed.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

cc:
   Mr. Andrew Marshall Bernie
   Ms. Marlene Nathalie Berroa Rodriguez
   Mr. Simon Christopher Brewer
   Ms. Tanya Broder
   Mr. William Francis Cole
   Mr. Andres Correa
   Mr. Yaman Desai
   Mr. Zachary Dolling
   Mr. David A. Donatti
   Mr. Drew C. Ensign
   Ms. Lauren Elizabeth Fascett
   Mr. Kyle Aaron Gardner
   Ms. Kassandra Gonzalez
   Mr. Daniel Hatoum
   Mr. Luis Leonardo Lozada
   Mr. Ralph Michael Molina
   Mr. Fernando Nunez
   Mr. Efren Carlos Olivares

Mr. Christopher W. Patton
Ms. Nina Perales
Ms. Molly Petchenik
Ms. Adriana Cecilia Pinon
Mr. Nathaniel Anson Plemons
Mr. Zachary Louis Rhines
Mr. Thomas Andrew Saenz
Mr. Edgar Saldivar
Mr. Joshua Marc Salzman
Mr. Daniel Bentele Hahs Tenny
Mr. Ryan Daniel Walters
Mr. Brian Wolfman
Ms. Zhenmian Xu