No. 25-10898

# United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*

– v. –

STATE OF TEXAS,

*Defendant-Appellee*

STUDENTS FOR AFFORDABLE TUITION; LA UNION DEL PUEBLO ENTERO; AUSTIN COMMUNITY COLLEGE; OSCAR SILVA

*Movants-Appellants*

On Appeal from the United States District Court for the Northern District of Texas
No. 7:25-cv-00055

**MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* MEXICAN AMERICAN LEGISLATIVE CAUCUS IN SUPPORT OF MOVANTS-APPELLANTS' MOTION TO INTERVENE**

Mercedes G. Molina
*Counsel of Record*
**MEXICAN AMERICAN LEGISLATIVE CAUCUS (MALC)**
Texas Bar No. 24147107
mercedes@malc.org
1108 Lavaca Street, Suite 1108-351
Austin, Texas 78701
Telephone: (817) 692-6141
Counsel for Proposed *Amicus Curiae*

Pursuant to Rule 29, Federal Rules of Appellate Procedure, the Mexican American Legislative Caucus (MALC) hereby moves this Court for an order allowing them to file the attached brief of *amicus curiae* in support of Movants-Appellants, Students For Affordable Tuition (SAT); La Union Del Pueblo Entero (LUPE); Austin Community College (ACC); and Oscar Silva, Appellate Case: 25-10898 Page: 1, Date Filed: 09/29/2025 Document 97. In support of this motion, MALC states the following:

## MOVANTS' INTEREST

Proposed *Amicus*, the Mexican American Legislative Caucus (hereinafter referred to as "MALC"), is a bipartisan legislative caucus of the Texas House of Representatives comprised of members who are of Latino descent and/or represent House districts with Latino populations of 50% or greater. MALC is considered the oldest Latino state legislative caucus in the country and is among the largest, with a current membership of forty-two (42) members. MALC was founded in 1973 with the primary purpose of increasing the influence of Latino legislators in Texas and to tackle issues that impacted Latinos in Texas the most—including education.

MALC members were at the forefront of the fight to expand resident or in-state tuition rates for immigrant students in Texas and have continued to defend the Texas Dream Act against repeal. As such, *amicus curiae* has a strong personal interest in seeing that the legislation they played a pivotal role in passing is

adequately defended. Additionally, as a long-standing caucus composed of members of the Texas House of Representatives, MALC is well positioned to help lay the historical foundation for the passage, amendment, and defense of the Texas Dream Act.

Counsel submitting this brief is an employee of the amicus curiae MALC and received her ordinary salary during its preparation. She was not provided with nor will she receive additional compensation for this brief from MALC nor compensation from any party of the case.

## ARGUMENT

Under Rule 29, this Court has the sole discretion as to whether it should grant a party's motion to participate as *amicus curiae* in a matter. MALC's proposed motion for leave to file a brief of amicus curiae is timely and useful in this matter.

Pursuant to Rule 29, MALC sought affirmative consent from Plaintiff-Appellee and Defendant-Appellee to the filing of the proposed brief of *amicus curiae* within the 7 days after the principal brief of the party being supported is filed. Fed. R. App. P. 29(a)(6). Specifically, MALC sought consent from all parties for the filing of the proposed *amicus curiae* brief on October 1, 2025, via the parties' listed service email addresses. MALC received affirmative consent from Movants-Appellants only. MALC did not receive a response from Plaintiff-Appellee or Defendant-Appellee, with the exception of an automatic response received from

Plaintiff-Appellee alerting the recipient to Plaintiff-Appellee's inability to respond under 31 U.S.C. § 1341-42 due to the federal government shutdown. Due to this lack of response within the timeframe required by Rule 29, MALC's motion is appropriate and timely.

MALC seeks to file a brief of *amicus* curiae to provide additional legislative history and context for the law at issue in this matter. As previously stated, MALC is a longstanding bipartisan legislative caucus comprised of current members of the Texas House of Representatives. MALC's composition provides it with important insight on the Texas Legislature's historical role in the creation and defense of the Texas Dream Act. MALC's composition also provides further insight on the Texas Legislature's sentiment towards the law as recent as the 89th Legislation Session when attempts at its repeal failed to gain support of the body.

MALC's brief also highlights the gravity of the potential impacts of the Attorney General's actions on the role of the legislature should the district court's ruling stand. MALC members are uniquely situated to speak to the potential harm this matter poses to the doctrine of separation of powers in Texas and the legislature's role in lawmaking should the lower court's ruling stand.

MALC believes its brief of *amicus curiae* will assist the Court in evaluating the repercussions of the lower court's order. MALC members' legislative perspective is germane and helpful to the Court's determination of whether to allow intervention

by the Movants-Appellants in this matter and to ensure the presence of a true adversarial process in determining the fate of law passed by a duly elected legislature.

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), Proposed *Amicus* states that no counsel for any party authored the proposed brief in whole or in part, and no person or entity, other than *amicus*, made a monetary contribution intended to fund the preparation or submission of this brief. Counsel submitting this brief is an employee of Proposed *Amicus* and received her ordinary salary during its preparation.

For the foregoing reasons, MALC hereby requests the Court grant leave to file the attached brief of *amicus curiae* in support of Movants-Appellants, Students For Affordable Tuition; La Union Del Pueblo Entero; Austin Community College; and Oscar Silva.

Dated: October 5, 2025

Respectfully submitted,

/s/ Mercedes G. Molina

Mercedes G. Molina
 *Counsel of Record*
**MEXICAN AMERICAN LEGISLATIVE CAUCUS (MALC)**
Texas Bar. No. 24147107
mercedes@malc.org

1108 Lavaca Street, Suite 110-351
Austin, Texas 78701
Telephone: (817) 692-6141

*Counsel for Proposed Amicus*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32(b), this document contains 860 words according to the word count function of Microsoft Word.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ Mercedes G. Molina

Mercedes G. Molina
Date: October 5, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2025, a true and accurate copy of the foregoing motion was electronically filed with the Court using the MC/ECF system. Service on counsel for all p0arties will be accomplished through the Court's electronic filing system.

/s/ Mercedes G. Molina

Mercedes G. Molina
Date: October 5, 2025
