# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 08, 2025

Ms. Mercedes Molina
Mexican American Legislative Caucus
1108 Lavaca Street
Room 110-351
Austin, TX 78701

    No. 25-10898   USA v. Students
                          USDC No. 7:25-CV-55

Dear Ms. Molina,

We received your Amicus motion and brief.

No action is taken as it is premature. Please file after Appellant Students' brief is filed.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Melissa B. Courseault, Deputy Clerk
                504-310-7701

cc:
    Mr. Andrew Marshall Bernie
    Ms. Marlene Nathalie Berroa Rodriguez
    Mr. Simon Christopher Brewer
    Ms. Tanya Broder
    Mr. William Francis Cole
    Mr. Andres Correa
    Mr. Yaman Desai
    Mr. Zachary Dolling
    Mr. David A. Donatti
    Mr. Drew C. Ensign
    Ms. Lauren Elizabeth Fascett
    Mr. Kyle Aaron Gardner
    Ms. Kassandra Gonzalez

```
Mr. Daniel Hatoum
Mr. Luis Leonardo Lozada
Mr. Ralph Michael Molina
Mr. Fernando Nunez
Mr. Efren Carlos Olivares
Mr. Christopher W. Patton
Ms. Nina Perales
Ms. Molly Petchenik
Ms. Adriana Cecilia Pinon
Mr. Nathaniel Anson Plemons
Mr. Zachary Louis Rhines
Mr. Thomas Andrew Saenz
Mr. Edgar Saldivar
Mr. Joshua Marc Salzman
Mr. Daniel Bentele Hahs Tenny
Mr. Ryan Daniel Walters
Mr. Brian Wolfman
Ms. Zhenmian Xu
```