# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

Fifth Cir. Case NO. __25-10898__

U.S.A. _____   vs. Students _____
(Short Title)

The Clerk will enter my appearance as Counsel for __IDRA (Intercultural Development Research Association)__

__and Amici Curiae Texans for Economic Growth et al (list of amici attached)__

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

__/s/ Paige Duggins-Clay__   __paige.duggins-clay@idra.org__
(Signature)   (e-mail address)

__Paige Duggins-Clay__   __24105825__
(Type or print name)   (State/Bar No.)

__Chief Legal Analyst__
(Title, if any)

__IDRA (Intercultural Development Research Association)__
(Firm or Organization)

Address __5815 Callaghan Road, Suite 101__

City & State __San Antonio, Texas__   Zip __78228__

Primary Tel. __210-444-1710__   Cell Phone: __214-908-3787__   (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** __Paige Duggins-Clay__

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
__N/A__

B. Inquiry of Counsel. To your knowledge:
 (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
  ☐ Yes   ☑ No
 (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
  ☐ Yes   ☑ No
 (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
  ☐ Yes   ☑ No
 (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
__N/A__

Name of Court or Agency __N/A__

Status of Appeal (if any) __N/A__

Other Status (if not appealed) __N/A__

**NOTE: Attach sheet to give further details.**   DKT-5A REVISED June 2023

# No. 25-10898

# United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMRICA,

*Plaintiff-Appellee*

– v. –

STATE OF TEXAS,

*Defendant-Appellee*

STUDENTS FOR AFFORDABLE TUITION; LA UNION DEL PUEBLO ENTERO; AUSTIN COMMUNITY COLLEGE; OSCAR SILVA,

*Movants-Appellants*

On Appeal from the United States District Court for the Northern District of Texas
No. 7:25-cv-00055

List of *Amici Curiae* attached to Notice of Appearance for Paige Duggins-Clay:

- Texans for Economic Growth
- FaithWorks
- Texas Impact
- John Stautner, CEO of ETSZONE and Founder of TXGOPVote
- Stan Marek, Marek Companies
- Rational Middle
- Texas Association of Mexican American Chambers of Commerce (TAMACC)
- FWD.us
- Texas Immigration Law Council
- Intercultural Development Research Association (IDRA)
- Barbara Hines, Attorney at Law
- ImmSchools
- EdTrust

1

- Texas State Teachers Association
- Texas AFT
- Latino Texas Policy Center
- Asian Texans for Justice
- Children at Risk
- Texas Association for Bilingual Education (TABE)
- Texas Association of Chicanos in Higher Education (TACHE)
- Texas Association of Diversity Officers in Higher Education (TADOHE)
- MASBA-School Board Members for Latino Equity
- Ethnic Studies Network of Texas
- Eta Alpha Chapter of Sigma Lambda Beta International Fraternity
- Xi Chapter of Sigma Lambda Gamma National Sorority
- Students Engaged in Advancing Texas (SEAT)
- Every Texan
- Children's Defense Fund-Texas
- United We Dream