# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 10, 2025

Ms. Paige Duggins-Clay
Intercultural Development Research Association
5815 Callaghan Road
Suite 101
San Antonio, TX 78228

    No. 25-10898   USA v. Students
                     USDC No. 7:25-CV-55

Dear Ms. Duggins-Clay,

We received your appearance form on behalf of various potential amicus curiae. There are no such parties currently in the case. We are taking no action on this document.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Rebecca Andry, Deputy Clerk
                       504-310-7638

cc:    Counsel