# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 16, 2025
Lyle W. Cayce
Clerk

No. 25-10898

United States of America,

*Plaintiff—Appellee,*

versus

State of Texas,

*Defendant—Appellee,*

Students for Affordable Tuition; La Union del Pueblo Entero; Austin Community College; Oscar Silva,

*Movants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:25-CV-55

---

UNPUBLISHED ORDER

Before Elrod, *Chief Judge*, Jones and Higginson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Movants-Appellants' Opposed Motion for Stay Pending Appeal is DENIED.