No. 25-10898

# In the United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMERICA,
*Plaintiffs-Appellee*,

v.

STATE OF TEXAS,
*Defendant-Appellee*

STUDENTS FOR AFFORDABLE TUITION, *et al.*
*Movants – Appellants.*

On Appeal from the United States District Court
for the Northern District of Texas

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEFS

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Appellees submit this unopposed motion to file consolidated Responses to Appellants' Opening Briefs and have those consolidated Responses be due on or before **December 1, 2025**. Appellees respectfully show the following in support of their requested relief:

**1.** Appellants La Union del Pueblo Entero, Austin Community College, and Oscar Silva (together, the "LUPE Group") filed their Opening Brief on the Merits on September 29, 2025. Dkt. 97. Appellant Students for Affordable Tuition's ("SAT") Opening Brief, however, is currently due on October 29, 2025, following

this Court's grant of SAT's unopposed motion for an extension of time to file that brief. Dkt. 94.

2. Under the plain language of Federal Rule of Appellate Procedure 31(a)(1), it appears that Appellees' Responses to the LUPE Group's Opening Brief are due on October 29, 2025, while Appellees' Responses to SAT's Opening Brief will be due on November 28, 2025. *See* FED. R. APP. P. 31(a)(1) ("The appellee must serve and file a brief within 30 days after the appellant's brief is served.").

3. However, an October 9, 2025, call with the Clerk of Court's Office indicated to undersigned counsel for the State that the Office's internal policies and procedures dictate that the clock for Appellees' Responses will not begin to run until the final Appellant's brief is filed in this case.

4. Thus, out of an abundance of caution, Appellees submit this Motion for the Court's consideration so as to ensure compliance with Federal Rule of Appellate Procedure and preserve their rights.

5. The differing filing dates associated with each Opening Brief would lead to multiple Response filings being due from each Appellee, even though the arguments made in each would be overwhelmingly similar as shown by the briefing below and the District Court's simultaneous disposal of both motions to intervene through a single order and unified analysis. *See e.g.*, ROA.735-46 (Op.).

6. Having Appellees file consolidated Responses to the Opening Briefs streamlines the briefing process. More than that, doing so conserves judicial resources by allowing the Court to adjudicate this appeal more efficiently through enabling it to review two consolidated (rather than four individual) Responses.

**7.** Appellants do not oppose the requested relief.

**8.** This request for extension is thus supported by good cause and not for the purposes of delay.

For these reasons, Appellees request that they be permitted to file consolidated Responses to Appellants' Opening Briefs **on or before December 1, 2025,** so that they may prepare briefs that will be helpful to the Court.

## Conclusion

For the foregoing reasons, Appellees request that they be permitted to file consolidated Responses to Appellants' Opening Briefs **on or before December 1, 2025**.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

William R. Peterson
Solicitor General

William F. Cole
Principal Deputy Solicitor General

/s/ Nathaniel A. Plemons
Nathaniel A. Plemons
Assistant Solicitor General
Nathaniel.Plemons@oag.texas.gov
Counsel for Defendant-Appellee

Brett A. Shumate
*Assistant Attorney General*

Nancy E. Larson
*Acting United States Attorney*

Mark R. Freeman
Daniel Tenney

/s/ Andrew M. Bernie
Andrew M. Bernie
*Attorneys, Appellate Staff*
*Civil Division, Room 7539*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3511*
Counsel for Plaintiff-Appellee

4

## Certificate of Conference

On October 7, 2025, I conferred with Yaman Desai and Fernando Nunez, counsel for Appellants, who informed me that Appellants do not oppose the requested relief.

/s/ Nathaniel A. Plemons
Nathaniel A. Plemons

## Certificate of Service

On October 17, 2025, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Nathaniel A. Plemons
Nathaniel A. Plemons

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 453 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the program used for the word count).

/s/ Nathaniel A. Plemons
Nathaniel A. Plemons