# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 20, 2025

Mr. Andrew Marshall Bernie
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0000

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Drew C. Ensign
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Lauren Elizabeth Fascett
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044

Mr. Ralph Michael Molina
Office of the Attorney General for the State of Texas
General Litigation Division
P.O. Box 12548
Capitol Station
Suite MC 019
Austin, TX 78701

Mr. Fernando Nunez
Mexican American Legal Defense & Educational Fund
634 S. Spring Street
11th Floor
Los Angeles, CA 90014-0000

Mr. Nathaniel Anson Plemons

Office of the Texas Attorney General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Zachary Louis Rhines
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
(MC-017)
Austin, TX 78711-2548

Mr. Daniel Bentele Hahs Tenny
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

Mr. Ryan Daniel Walters
Office of the Texas Attorney General
Special Litigation Division
209 W. 14th Street
7th Floor
Austin, TX 78701

    No. 25-10898   USA v. Students
                         USDC No. 7:25-CV-55

Dear Mr. Counsels,

We received your Extension of time to file Appellees' brief. In light of this Premature filing, we are taking no action on this motion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Eyonka M. Falls, Deputy Clerk
                                      504-310-7670

cc:  Ms. Marlene Nathalie Berroa Rodriguez
     Mr. Simon Christopher Brewer
     Ms. Tanya Broder
     Mr. Andres Correa
     Mr. Yaman Desai
     Mr. Zachary Dolling
     Mr. David A. Donatti
     Mr. Kyle Aaron Gardner

```
Ms. Kassandra Gonzalez
Mr. Daniel Hatoum
Mr. Luis Leonardo Lozada
Mr. Efren Carlos Olivares
Mr. Christopher W. Patton
Ms. Nina Perales
Ms. Molly Petchenik
Ms. Adriana Cecilia Pinon
Mr. Thomas Andrew Saenz
Mr. Edgar Saldivar
Mr. Joshua Marc Salzman
Mr. Brian Wolfman
Ms. Zhenmian Xu
```