# No. 25-10898

# United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMRICA,

*Plaintiff-Appellee*

– v. –

STATE OF TEXAS,

*Defendant-Appellee*

STUDENTS FOR AFFORDABLE TUITION; LA UNION DEL PUEBLO ENTERO; AUSTIN COMMUNITY COLLEGE; OSCAR SILVA,

*Movants-Appellants*

On Appeal from the United States District Court for the Northern District of Texas
No. 7:25-cv-00055

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Kristin Etter
Texas Bar No 24038884
ketter@txilc.org
Texas Immigration
Law Council
5900 Balcones Drive #23122
Austin, TX, 78731

Celina Moreno
Texas Bar No. 24074754
celina.moreno@idra.org
Paige Duggins-Clay
Texas Bar. No. 24105825
IDRA
paige.duggins-clay@idra.org
5815 Callaghan Road, Suite 101
San Antonio, Texas 78228

Counsel for *Amici Curiae*

Pursuant to Rule 29, Federal Rules of Appellate Procedure, Texas Immigration Law Council ("TxILC") and Intercultural Development Research Association ("IDRA") hereby move this Court for an order allowing them to file the attached *amicus curiae* brief in support of Movants-Appellants, Students For Affordable Tuition; La Union Del Pueblo Entero; Austin Community College; Oscar Silva Appellate Case: 25-10898 Page: 1 Date Filed: 09/29/2025 Document 97. In support of this motion, TxILC and IDRA state:

## MOVANTS' INTEREST

The Intercultural Development Research Association ("IDRA") is a national nonprofit organization founded in Texas in 1973 dedicated to ensuring educational opportunity and equity for every student. Through research, educator training, policy advocacy, and community engagement, IDRA advocates educational policies and practices that prepare all students, and particularly students of color and students from low-income families, to access and succeed in college.

The Texas Immigration Law Council ("TxILC") is a nonpartisan nonprofit organization dedicated to protecting and promoting the rights of immigrants in Texas. TxILC leads strategic efforts to create policies and environments where immigrants in Texas can fully access their rights and actively contribute to the well-being of our state and our nation.

The broader coalition includes student organizations, educators, teachers' associations, employers, faith-based groups, legal professionals, community organizations and business coalitions invested in Texas' educational stability and workforce competitiveness.

## CONSENT OF THE PARTIES

Counsel for IDRA attempted to obtain affirmative consent from Plaintiff-Appellee and Defendant Appellee to the filing of the proposed *amicus curiae* brief.

On October 1, 2025, Counsel for IDRA sought consent from Plaintiff-Appellee and Defendant Appellee for the filing of the proposed *amicus curiae* brief. However, as of the date of this filing, there has been no response except for an automatic reply that indicated "Department of Justice attorneys are prohibited from working" at this time because of the federal government shutdown.

## REASONS FOR AND RELEVANCE OF IDRA AND TxILC'S *AMICUS CURIAE* BRIEF

*Amici* file this brief to bring before the Court the practical impacts and broad public consequences of the Court Order that were not presented below. Because the lawsuit was coordinated and unopposed, no adversarial or impacted voices were considered, depriving the Court of critical perspectives on its wide-reaching effects. Their perspective will aid the Court in assessing the educational, economic, and social harms stemming from the Court Order, and the resulting erosion of legislative

3

authority and judicial integrity when a long-standing state policy is undone through a coordinated settlement.

*Amici* are actively engaged with students, families, schools, and employers, and can show how the abrupt Court Order disrupts decades of reliance, causing ongoing, concrete harms to students, families, the public, and the Texas economy—facts that are crucial to evaluating the appropriateness of the Court Order and any potential relief. Furthermore, *Amici* bring employer and workforce data showing that excluding *Dream Act* students destabilizes the state's economic pipeline—evidence relevant to assessing the public interest and balance of harms. Their firsthand knowledge of misclassifications, tuition shocks, enrollment disruptions, and broader harms to the public interest and Texas' economy will assist the Court in assessing the real-world implications of this case. This perspective is directly pertinent to the Court's determination of whether to permit Intervenors to defend Texas' lawful educational policy, particularly because the absence of an adversarial process in the lower court proceedings makes these insights especially critical.

## CONCLUSION

For the foregoing reasons, IDRA and TxILC hereby request the Court to grant leave to file an *amicus curiae* brief in support of Movants-Appellants, Students For Affordable Tuition; La Union Del Pueblo Entero; Austin Community College; Oscar Silva.

Respectfully submitted,

*/s/ Paige Duggins-Clay*
Celina Moreno
Texas Bar No. 24074754
celina.moreno@idra.org
Paige Duggins-Clay
Texas Bar. No. 24105825
IDRA
paige.duggins-clay@idra.org
5815 Callaghan Road, Suite 101
San Antonio, Texas 78228


Kristin Etter
Texas Bar No 24038884
ketter@txilc.org
Texas Immigration Law Council
5900 Balcones Drive #23122
Austin, TX, 78731


Counsel for *Amici Curiae*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system. I also certify that a true and correct copy of the foregoing document was served on opposing counsel by mail or e-mail.

Dated: October 30, 2025

*/s/ Kristin Etter*
Kristin Etter

Counsel for *Amici Curiae*