# Addendum A

**Aliento,** a non-profit organization based in Phoenix.

**American Association of Colleges and Universities,** a global membership organization representing over 700 colleges and universities.

**Antioch College,** a private liberal arts college located in Yellow Springs, Ohio.

**Association of Catholic Colleges and Universities,** a membership association with institutional members from Catholic higher education.

**California State Polytechnic University, Pomona,** a public polytechnic research university located in Pomona, California.

**California State University Channel Islands,** a public university located in Ventura County, California.

**California State University, Fresno,** a public university located in Fresno, California.

**California State University, Long Beach,** a public research university located in Long Beach, California.

**California State University San Marcos,** a public university located in San Marcos, California.

**California State University, Stanislaus,** a public university located in Turlock, California.

**College of Marin,** a public community college located in Marin County, California.

**College Track,** a non-profit organization located in Oakland, California.

**Communications Workers of America, AFL-CIO,** a communications and media labor union representing workers in private and public sector employment in 1,200 chartered CWA local unions.

**Communities for Our Colleges,** a student-centered campaign in Washington State.

**Dickinson College,** a private liberal arts college located in Carlisle, Pennsylvania.

**Dominican University,** a private Catholic university located in Chicago, Illinois.

**Donnelly College,** a private Catholic college located in Kansas City, Kansas.

**Eastern Connecticut State University,** a public university located in Willimantic, Connecticut.

**Illinois Dream Fund,** a non-profit organization in Illinois.

**Illinois Institute of Technology,** a private research university located in Chicago, Illinois.

**Immigrants Rising,** a San Francisco-based non-profit organization.

**Institutional Solutions,** a consulting firm that improves institutional practices.

**Metropolitan State University of Denver,** a public university located in Denver, Colorado.

**Middle States Commission on Higher Education**, an institutional accreditor recognized by the United States Secretary of Education.

**Montgomery College,** a public community college located in Montgomery County, Maryland.

**National Association for College Admission Counseling,** an organization of more than 25,000 professionals from around the world dedicated to serving students transitioning from secondary to postsecondary education.

**Pre-Health Dreamers,** a non-profit organization based in California.

**The President & Fellows of Middlebury College,** a private college located in Middlebury, Vermont.

**Roosevelt University,** a private university located in Chicago, Illinois.

**San Diego State University,** a public research university located in San Diego, California.

**San Francisco State University,** a public university located in San Francisco, California.

**Texas AFL-CIO**, the state labor federation for Texas, representing 250,000+ affiliated union members.

**TheDream.US,** a non-profit scholarship organization.

**Trinity Washington University,** a private Catholic university located in Washington, D.C.

**U.S. Africa Institute,** a community of educators, students, and citizen diplomats who are committed to addressing educational inequity and promoting democracy, peace building, and cultural exchange.

**UnidosUS**, a nonprofit, nonpartisan Hispanic civil rights and advocacy organization.

**Western Connecticut State University,** a public university located in Danbury, Connecticut.