# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 10, 2025
Lyle W. Cayce
Clerk

No. 25-10898

United States of America,

*Plaintiff—Appellee*,

versus

State of Texas,

*Defendant—Appellee*,

Students for Affordable Tuition; La Union del Pueblo Entero; Austin Community College; Oscar Silva,

*Movants—Appellants*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:25-CV-55

ORDER:

IT IS ORDERED that the Mexican American Legislative Caucus's motion for leave to file *amicus curiae* brief is GRANTED.

IT IS FURTHER ORDERED that the Texas Immigration Law Council and the Intercultural Development Research Association's motion for leave to file *amicus curiae* brief is GRANTED.

No. 25-10898

    /s/ Jennifer Walker Elrod
JENNIFER WALKER ELROD
*Chief Judge*