# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 10, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10898    USA v. State of Texas
                    USDC No. 7:25-CV-55

The court has granted the motion for leave to file a brief as amicus curiae in this case.

You must electronically file a "Form for Appearance of Counsel" within 15 days from the date of this letter. The form is available from the Fifth Circuit website, www.ca5.uscourts.gov.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Rebecca L. Jeanfreau, Deputy Clerk
                504-310-7645

Mr. Andrew Marshall Bernie
Ms. Marlene Nathalie Berroa Rodriguez
Mr. Simon Christopher Brewer
Ms. Tanya Broder
Mr. William Francis Cole
Mr. Andres Correa
Mr. Yaman Desai
Mr. Zachary Dolling
Mr. David A. Donatti
Mr. Drew C. Ensign
Ms. Kristin M. Etter
Ms. Lauren Elizabeth Fascett
Mr. Kyle Aaron Gardner
Ms. Kassandra Gonzalez
Mr. Daniel Hatoum
Mr. Luis Leonardo Lozada
Ms. Karen S. Mitchell
Ms. Mercedes Molina
Mr. Ralph Michael Molina
Ms. Celina Y. Moreno
Mr. Fernando Nunez
Mr. Efren Carlos Olivares
Mr. Christopher W. Patton
Ms. Nina Perales

Ms. Molly Petchenik
Ms. Adriana Cecilia Pinon
Mr. Nathaniel Anson Plemons
Mr. Zachary Louis Rhines
Mr. Thomas Andrew Saenz
Mr. Edgar Saldivar
Mr. Joshua Marc Salzman
Mr. Daniel Bentele Hahs Tenny
Mr. Ryan Daniel Walters
Mr. Brian Wolfman
Ms. Zhenmian Xu