No. 25-10898

# In the United States Court of Appeals for the Fifth Circuit

United States of America,
*Plaintiffs-Appellee*,

*v.*

State of Texas,
*Defendant-Appellee*

Students for Affordable Tuition, *et al.*
*Movants – Appellants.*

On Appeal from the United States District Court
for the Northern District of Texas

## THE STATE OF TEXAS'S UNOPPOSED MOTION FOR EXTENSION OF TIME

In accordance with Federal Rules of Appellate Procedure 26(b) and 27, the State of Texas files this unopposed motion for an extension of time to file its response to Appellants' opening briefs. The State's brief is currently due on Friday November 28, 2025. Dkt. 118. The State requests a 30-day extension of this deadline, **up to and including Monday December 29, 2025**. The State shows as follows in support:

1. Appellants La Union del Pueblo Entero, Austin Community College, and Oscar Silva (together, the "LUPE Group") filed their Opening Brief on the Merits on September 29, 2025, Dkt. 97, and Appellant Students for Affordable Tuition's

("SAT") filed its Opening Brief on the Merits on October 29, 2025, Dkt. 118. The State's brief is currently due on November 28. Dkt. 118. The State now seeks to extend that deadline by 30 days, up to and including December 29.

2. The requested 30-day extension is necessary due to the State's counsel's multiple engagements that have required and will require significant attention since Appellants filed their opening briefs, including:

- a Supplemental En Banc Brief in *Holberg v. Guerrero*, No. 21-70010 (5th Cir.), filed in this Court on November 12, 2025;
- a Supplemental En Banc Brief in *Nathan v. Alamo Heights Independent School District*, No. 25-50695 (5th Cir.), due to be filed in this Court on November 24, 2025;
- Preparing for oral argument in *La Union del Pueblo Entero v. Abbott*, No. 24-50783 (5th Cir.), due to be presented to this Court on December 2, 2025;
- Preparing for oral argument in *Myers et al. v. Stephen F. Austin State University*, No. 25-40487 (5th Cir.), due to be presented to this Court on December 3, 2025;
- Assisting in proceedings concerning *Perez et al. v. Greg Abbott, in his official capacity as governor of Texas, et al.*, No. 25-50585 (5th Cir.); and
- Ongoing responsibilities to assist with preliminary-injunction proceedings related to the redistricting case in *LULAC v. Abbott*, No. 3:21-cv-00259 (W.D. Tex.).

3. In addition to briefing and argument obligations, counsel for Appellee have numerous prelitigation, oversight, and managerial responsibilities and continue to be staffed on other public and private litigation and advisory matters throughout the Office of the Attorney General.

4. Granting the requested extension will promote judicial economy and advance the interests of the Court and the parties by ensuring adequate time and space

1

to prepare and file a brief that is thorough and helpful to the Court—particularly since the State must analyze, research, and prepare responses to two separate briefs.

5.  Thus, this unopposed extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this extension is granted.

## Conclusion

For the foregoing reasons, the State requests that it be permitted to file its response to Appellants' opening briefs **on or before December 29, 2025**.

Respectfully submitted,

| | |
|---|---|
| Ken Paxton<br>Attorney General of Texas | William R. Peterson<br>Solicitor General |
| Brent Webster<br>First Assistant Attorney General | William F. Cole<br>Principal Deputy Solicitor General |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | /s/ Nathaniel A. Plemons<br>Nathaniel A. Plemons<br>Assistant Solicitor General<br>Nathaniel.Plemons@oag.texas.gov<br><br>Counsel for Defendant-Appellee |

## Certificate of Conference

On November 14, 2025, I conferred with Yaman Desai and Fernando Nunez, counsel for Appellants, who informed me that Appellants do not oppose the requested relief.

/s/ Nathaniel A. Plemons
Nathaniel A. Plemons

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 470 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the program used for the word count).

/s/ Nathaniel A. Plemons
Nathaniel A. Plemons
