No. 25-10898

# In the United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMERICA,
*Plaintiffs-Appellee*,

*v.*

STATE OF TEXAS,
*Defendant-Appellee*

STUDENTS FOR AFFORDABLE TUITION, *et al.*
*Movants – Appellants.*

On Appeal from the United States District Court
for the Northern District of Texas

**THE STATE OF TEXAS'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE COMBINED RESPONSE**

In accordance with Federal Rules of Appellate Procedure 26(b) and 27, the State of Texas files this unopposed motion for an extension of time to file its combined response to Appellants' opening briefs. The State's brief is currently due on Monday December 29, 2025. Dkt. 118. The State requests a modest 14-day extension of this deadline, **up to and including Monday January 12, 2026**. The State shows as follows in support:

1. Appellants La Union del Pueblo Entero, Austin Community College, and Oscar Silva (together, the "LUPE Group") filed their Opening Brief on the Merits

on September 29, 2025, Dkt. 97, and Appellant Students for Affordable Tuition's ("SAT") filed its Opening Brief on the Merits on October 29, 2025, Dkt. 118. The State's brief is currently due on December 29, 2025. Dkt. 141. The State now seeks to extend that deadline by 14 days, up to and including January 12, 2026. This is the State's second timely request for extension because no action was taken on its very first. Dkt. 116 (no action taken because motion to extend was filed prematurely).

2. The requested 14-day extension is necessary due to the State's counsel's multiple engagements that have required and will require significant attention, including multiple oral arguments set for the en banc Court's January 2026 sitting. Some examples include:

- A supplemental en banc brief in *Spectrum WT v. Wendler*, No. 23-10994 (5th Cir.), due to be filed in the United States Court of Appeals for the Fifth Circuit on December 22, 2025;
- A reply brief in *Young v. Cook Children's Health Plan*, No. 15-24-00114-CV (Tex. App. [15th Dist.]), due to be filed in the Fifteenth Court of Appeals on December 30, 2025;
- A reply brief in *Nathan v. Alamo Heights Indep. Sch. Dist.*, No. 25-50695 (5th Cir.), due to be filed in the en banc United States Court of Appeals for the Fifth Circuit on January 5, 2026;
- A jurisdictional statement in *Abbott v. League of United Latin American Citizens*, No. 25A608 (U.S.), due to be filed in the United States Supreme Court on January 20, 2026;
- An oral argument concerning *Nathan v. Alamo Heights Indep. Sch. Dist.*, No. 25-50695 (5th Cir.) set for January 20, 2026 before the en banc United States Court of Appeals for the Fifth Circuit;
- An oral argument concerning *Holberg v. Guerrero*, No. 21-70010 (5th Cir) set for January 21, 2026 before the en banc United States Court of Appeals for the Fifth Circuit;
- An oral argument concerning *United States v. Texas*, No. 24-50149 (5th Cir.) set for January 22, 2026 before the en banc United States Court of Appeals for the Fifth Circuit;

1

- An oral argument concerning *Spectrum WT v. Wendler*, No. 23-10994 (5th Cir) set for January 23, 2026 before the en banc United States Court of Appeals for the Fifth Circuit; and
- Assisting in proceedings concerning *Perez et al. v. Greg Abbott, in his official capacity as governor of Texas, et al.*, No. 25-50585 (5th Cir.).

3. Further, the State's response is a combined response which will address both the LUPE Group and SAT's opening briefs, both of which were quite close to FRAP 32(a)(7)(B)'s 13,000-word limit. *See* Dkt. 118 at 55 (SAT Br.) (certifying 12,714 words); Dkt. 97 at 56 (LUPE Grp. Br.) (certifying 12,056 words). While certain issues and arguments overlap, the LUPE Group and SAT both made several arguments that the other did not. Addressing two opening briefs this close to the word limit and which make several non-overlapping arguments within a single combined response requires more time than a typical response, which only needs to contend with a single opening brief.

4. In addition to briefing and argument obligations, counsel for the State have numerous prelitigation, oversight, and managerial responsibilities and continue to be staffed on other public and private litigation and advisory matters throughout the Office of the Attorney General.

5. Granting the requested extension will promote judicial economy and advance the interests of the Court and the parties by ensuring adequate time and space to prepare and file a brief that is thorough and helpful to the Court—particularly since the State must analyze, research, and prepare a combined response to two separate briefs.

6. Thus, this unopposed extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this extension is granted.

## Conclusion

For the foregoing reasons, the State requests that it be permitted to file its response to Appellants' opening briefs **on or before January 12, 2026**.

Respectfully submitted,

| | |
|---|---|
| Ken Paxton<br>Attorney General of Texas | William R. Peterson<br>Solicitor General |
| Brent Webster<br>First Assistant Attorney General | William F. Cole<br>Principal Deputy Solicitor General |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | /s/ Nathaniel A. Plemons<br>Nathaniel A. Plemons<br>Assistant Solicitor General<br>Nathaniel.Plemons@oag.texas.gov<br><br>Counsel for Defendant-Appellee |

## Certificate of Conference

On December 18 and 19, 2025, I conferred with Andres Correa and Fernando Nunez, counsel for Appellants, who informed me that Appellants do not oppose the requested relief.

/s/ Nathaniel A. Plemons
Nathaniel A. Plemons

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 750 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the program used for the word count).

/s/ Nathaniel A. Plemons
Nathaniel A. Plemons