

December 23, 2025

*Via CM/ECF*

Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit

    Re:    **No. 25-10898,** *USA v. State of Texas*

Dear Mr. Cayce:

    I am writing to advise the Court of my withdrawal as counsel for Movant-Appellant La Union Del Pueblo Entero, Austin Community College, and Oscar Silva in the above-referenced matter. I am leaving my employment with the National Immigration Law Center (NILC) on January 5, 2026. At NILC, Movant-Appellant La Union Del Pueblo Entero, Austin Community College, and Oscar Silva will continue to be represented by Efren Olivares and Tanya Broder.

    Respectfully submitted,

*/s/ Marlene Berroa Rodriguez*
Marlene Berroa Rodriguez
New York Bar No. 6208508
berroa@nilc.org
**National Immigration Law Center**
P.O. Box 34573
Washington, Dc 20005-9997
(213) 674-2817

Cc:    All counsel of record (via CM/ECF)