No. 25-10898

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff - Appellee

v.

STATE OF TEXAS,
Defendant - Appellee

STUDENTS FOR AFFORDABLE TUITION; LA UNION DEL PUEBLO
ENTERO; AUSTIN COMMUNITY COLLEGE; OSCAR SILVA
Movants - Appellants

On Appeal from the United States District Court for the Northern
District of Texas, No. 7:25-cv-00055
The Hon. Reed O'Connor, U.S. District Judge

**MOVANTS-APPELLANTS LA UNIÓN DEL PUEBLO ENTERO, AUSTIN
COMMUNITY COLLEGE, AND OSCAR SILVA'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

1. Movants-Appellants La Unión del Pueblo Entero, Austin Community College, and Oscar Silva (collectively, LUPE Intervenors) respectfully move for a two-week extension of time to file their brief replying to the United States's response brief. The requested extension will align the deadlines for replying to both appellee briefs in this case, which will promote judicial economy and reduce the burden of duplicative briefing on the parties and the Court.

1

2. In this appeal, there are two different appellees that will file and serve their briefs on different days. Appellee the United States filed and served its response brief on December 29, 2025. Appellee the State of Texas sought and received a two-week extension of that deadline, making its response brief due January 12, 2026. LUPE Intervenors did not oppose Texas's extension motion.

3. Under Federal Rule of Appellate Procedure 31(a)(1), a reply brief is due "within 21 days after service of the appellee's brief." Twenty-one days after the United States's filing is January 20, 2026,[1] and twenty-one days after Texas's filing will be February 2, 2026.

4. A brief extension is warranted to ensure that LUPE Intervenors can file one consolidated brief replying to both appellees no later than 21 days after the last-filed appellee brief. Accordingly, LUPE Intervenors respectfully request a two-week extension (to and including February 2, 2026) in which to file a reply brief with respect to the United States's response brief.

5. Undersigned counsel conferred with counsel for all other parties, and no party opposes this motion.

---

[1] Martin Luther King, Jr.'s Birthday falls on January 19, 2026. *See* Fed. R. App. P. 26(a)(1)(C), (a)(6)(A).

# CONCLUSION

The Court should grant a two-week extension for LUPE Intervenors to reply to the United States' appellee brief.

Dated: January 08, 2026

Respectfully submitted,

*/s/ Andrés Correa*
Andrés Correa
Christopher Patton
Yaman Desai
Kyle A. Gardner
Zhenmian Xu
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile
acorrea@lynnllp.com

Tanya Broder
**NATIONAL IMMIGRATION LAW CENTER**
3450 Wilshire Blvd.
Los Angeles, CA 90010
510-663-8282
broder@nilc.org

Joshua M. Salzman
Brian D. Netter
Paul R.Q. Wolfson
Skye L. Perryman
Simon C. Brewer*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553

David Donatti
Adriana Pinon
Edgar Saldivar
**ACLU FOUNDATION OF TEXAS**
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
ddonatti@aclutx.org

Kassandra Gonzalez
Zachary Dolling
Molly Petchenik
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757
Austin, TX 78760
(512) 474-5073 ext. 182 Telephone
(512) 474-0726 Facsimile
kassandra@texascivilrightsproject.org

Daniel Hatoum
**TEXAS CIVIL RIGHTS PROJECT**
1017 W. Hackberry Ave.
Alamo, TX 78516
(512) 474-5073 ext. 182 Telephone
(512) 474-0726 Facsimile
daniel@texascivilrightsproject.org

Efrén C. Olivares
**NATIONAL IMMIGRATION LAW CENTER**

3

P.O. Box 34573
Washington, DC 20005-9997
(213) 674-2817 Telephone
olivares@nilc.org

Washington, D.C. 20043
Tel: (202) 448-9090
jsalzman@democracyforward.org

*Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the D.C. Bar.

**ATTORNEYS FOR MOVANT-APPELLANTS LA UNIÓN DEL PUEBLO ENTERO, AUSTIN COMMUNITY COLLEGE, AND OSCAR SILVA**

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the typeface and type-volume limitations in Federal Rule of Appellate Procedure 27(d)(1)(E) and 27(d)(2)(A) because it contains 287 words according to the count generated by Microsoft Word, and has been prepared in a proportionally spaced typeface using 14-point Times New Roman font.

Dated: January 08, 2026              */s/ Andres Correa*
                                                            Andres Correa

## **CERTIFICATE OF SERVICE**

I certify that on January 8, 2026, a true and correct copy of this Motion was filed with the Clerk for the United States Court of Appeals for the Fifth Circuit via the Court's electronic filing system, which will forward a copy to all counsel of record.

Dated: January 08, 2026              */s/ Andres Correa*
                                                            Andres Correa