No. 25-10898

**IN THE UNITED STATES COURT OF
APPEALS FOR THE FIFTH CIRCUIT**

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

STATE OF TEXAS,

*Defendant-Appellee*,

v.

STUDENTS FOR AFFORDABLE TUITION; LA UNION DEL PUEBLO ENTERO; AUSTIN COMMUNITY COLLEGE; OSCAR SILVA,

*Movants-Appellants*.

On Appeal from the United States District Court for the Northern District of Texas, Wichita Falls Division, No. 7:25-cv-00055, Hon. Reed O'Connor

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOVANT-APPELLANT'S REPLY BRIEF**

Thomas A. Saenz
Fernando Nuñez
Luis L. Lozada
**MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND**
634 South Spring Street, Floor 11
Los Angeles, CA 90014
(213) 629-2512

*Counsel for Movant–Appellant Students for Affordable Tuition*

1

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Appellant Students for Affordable Tuition ("SAT") files this unopposed motion to file its reply brief to Appellee United States of America's response brief by 28 days, to and including **February 13, 2026**. In support of its motion, SAT respectfully shows the Court as follows:

1.	SAT's reply to United States of America's response brief is currently due on January 16, 2026. SAT respectfully seeks a 28-day extension of this time, to and including February 13, 2026, in which to file its reply brief. This is SAT's first request for an extension of time for the reply brief, and it is unopposed.

2.	The requested 28-day extension of time is necessary because Appellee State of Texas's response brief is currently due on January 12, 2026—four days before SAT's reply to the United States is due. Because the issues involving both appellees are related, having meaningful time to review both response briefs will ensure a more cohesive and streamlined presentation of the arguments.

3.	Further, the requested 30-day extension of time is necessary because of multiple time-consuming engagements by SAT's counsel, including:

- Pre-planned leave from December 29, 2025 through January 12, 2026;

- Expert reports due January 13, 2026 in *Rosales v. Los Angeles County,* No. 2:23-cv-05464 (C.D. Cal.);

- Amended complaint due on January 14, 2026 in *Moreno, et. al. v. Castlerock, et. al.*, No. 1:12-cv-00556-JLT-CDB (E.D. Cal.);

- Opening Brief due on January 20, 2026 in *United States v. State of Oklahoma*, Case No. 25-7089 (10th Cir.);

- Opposition to motion to dismiss due February 2, 2026, *Trevino v. GECU Federal Credit Union*, No. 2:25-cv-00625 (D. Ariz.);

- Motion for class certification due February 6, 2026 in *De Guzman v. Altman Management Co. LLC., et al.*, No. 1:24-cv-07280 (D. N.J.);

- Motion for final approval due February 10, 2026 in *Alonso v. A.T. Still University*, No. 24CV07177 (Cal. Super. Ct., Santa Barbara Cnty.).

4. This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension of time is granted.

5. For the foregoing reasons, SAT respectfully requests that the Court grant their unopposed motion for a 28-day extension of time to file their reply brief, to and including February 13, 2026.

Dated: January 8, 2026          Respectfully submitted,

*/s/ Fernando Nuñez*
Fernando Nuñez (Cal. Bar No. 327390)
Thomas A. Saenz (Cal. Bar No. 159430)
Luis L. Lozada (Cal. Bar No. 344357)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th floor

3

Los Angeles, CA 90014
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org
fnunez@maldef.org
llozada@maldef.org

Nina Perales (Tex. Bar No. 24005046)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, Texas 78205
Facsimile: (210) 224-5382
Email: nperales@maldef.org

*Attorneys for Students for Affordable Tuition*

# CERTIFICATE OF CONFERENCE

On January 6, 2026, I conferred with Andrew Bernie, counsel for Plaintiff-Appellee, and Nathaniel Plemons, counsel for Defendant-Appellee, and they both stated that they do not oppose this extension. On January 8, 2026, I conferred with Andres Correa, counsel for Movant-Appellant La Union Del Pueblo Entero, Austin community College and Oscar Silva, and he stated that Movants-Appellants are not opposed to this extension.

*/s/ Fernando Nuñez*
Fernando Nunez

# CERTIFICATE OF CONFERENCE

On January 8, 2026, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

*/s/ Fernando Nuñez*
Fernando Nunez

## CERTIFICATE OF COMPLIANCE

This motion complies with: (10 the type-volume limitation of Federal Rule of Appellate Procedure 24(d)(2)(A) because it contains 384 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally-spaced typeface (14-point Times New Roman) using Microsoft Word (the same program used to calculate the word count).

*/s/ Fernando Nuñez*
Fernando Nunez