# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 14, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10898   USA v. State of Texas
                  USDC No. 7:25-CV-55

The court has granted an extension of time to and including February 13, 2026 for filing a reply brief in this case by Students for Affordable Tuition.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Casey A. Sullivan, Deputy Clerk
                  504-310-7642

Mr. Andrew Marshall Bernie
Mr. Simon Christopher Brewer
Ms. Tanya Broder
Mr. William Francis Cole
Mr. Andres Correa
Mr. Matt A. Crapo
Mr. Yaman Desai
Mr. Zachary Dolling
Mr. David A. Donatti
Mr. Drew C. Ensign
Ms. Kristin M. Etter
Ms. Lauren Elizabeth Fascett
Mr. Kyle Aaron Gardner
Ms. Kassandra Gonzalez
Mr. Daniel Hatoum
Mr. Luis Leonardo Lozada
Ms. Mercedes Molina
Mr. Ralph Michael Molina
Ms. Celina Y. Moreno
Mr. Fernando Nunez
Mr. Efren Carlos Olivares
Mr. Christopher W. Patton
Ms. Nina Perales
Ms. Molly Petchenik
Ms. Adriana Cecilia Pinon
Mr. Nathaniel Anson Plemons
Mr. Zachary Louis Rhines

```
Ms. Madeleine Rodriguez
Mr. Thomas Andrew Saenz
Mr. Edgar Saldivar
Mr. Joshua Marc Salzman
Mr. Daniel Bentele Hahs Tenny
Ms. Margaret Dunlay Terwey
Mr. Ryan Daniel Walters
Mr. Brian Wolfman
Ms. Zhenmian Xu
```