

January 23, 2026

*Via CM/ECF*

Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit

**Re:**     No. 25-10898, *USA v. State of Texas*

Dear Mr. Cayce,

    I write to advise the Court of my withdrawal as counsel for Movant-Appellants La Union Del Pueblo Entero, Austin Community College, and Oscar Silva in the matter above. I will be leaving my position at Texas Civil Rights Project on January 30, 2026. Movant-Appellants La Union Del Pueblo Entero, Austin Community College, and Oscar Silva will continue to be represented by Kassandra Gonzalez, Daniel Hatoum, and Zachary Dolling at Texas Civil Rights Project, in addition to counsel from other organizations.

                            Respectfully submitted,

                            */s/ Molly Petchenik*
                            Molly Petchenik
                            Texas Bar No. 24134321
                            molly@texascivilrightsproject.org
                            **Texas Civil Rights Project**
                            P.O. Box 17757
                            Austin, TX 78760
                            (512) 474-5073

cc: All counsel of record (via CM/ECF)