# *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

March 11, 2026

Mr. Andrew Marshall Bernie
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0000

Mr. Andres Correa
Lynn Pinker Hurst Schwegmann, L.L.P.
2100 Ross Avenue
Suite 2700
Dallas, TX 75201

Mr. Matt A. Crapo
Federation for American Immigration Reform
25 Massachusetts Avenue, N.W.
Suite 330
Washington, DC 20001

Ms. Kristin M. Etter
Texas Immigration Law Council
5900 Balcones Drive
Room  23122
Austin, TX 78731

Ms. Mercedes Molina
Ryan Law Partners, L.L.P.
3811 Turtle Creek Boulevard
Suite 1450
Dallas, TX 75219

Mr. Fernando Nunez
Mexican American Legal Defense & Educational Fund
634 S. Spring Street
11th Floor
Los Angeles, CA 90014-0000

Mr. Nathaniel Anson Plemons
Office of the Texas Attorney General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Madeleine Rodriguez
Foley Hoag, L.L.P.
155 Seaport Boulevard
Suite 1600
Boston, MA 02210-2608

Ms. Margaret Dunlay Terwey
Reese Marketos, L.L.P.
750 N. Saint Paul Street
Suite 600
Dallas, TX 75201

Mr. Brian Wolfman
Georgetown Law Appellate Courts Immersion Clinic
600 New Jersey Avenue, N.W.
Suite 312
Washington, DC 20001

 No. 25-10898   USA v. State of Texas
                USDC No. 7:25-CV-55

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.

Please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. **Do not submit paper copies without a filing header.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

By: *Olivia Andry*
Olivia G. Andry, Deputy Clerk

cc:
    Mr. Simon Christopher Brewer
    Ms. Tanya Broder
    Mr. William Francis Cole
    Mr. Yaman Desai
    Mr. Zachary Dolling
    Mr. David A. Donatti
    Mr. Drew C. Ensign
    Ms. Lauren Elizabeth Fascett
    Mr. Kyle Aaron Gardner
    Ms. Kassandra Gonzalez
    Mr. Daniel Hatoum
    Mr. Luis Leonardo Lozada
    Mr. Ralph Michael Molina
    Ms. Celina Y. Moreno
    Mr. Efren Carlos Olivares
    Mr. Christopher W. Patton
    Ms. Nina Perales
    Ms. Adriana Cecilia Pinon
    Mr. Zachary Louis Rhines
    Mr. Thomas Andrew Saenz
    Mr. Edgar Saldivar
    Mr. Joshua Marc Salzman
    Mr. Daniel Bentele Hahs Tenny
    Mr. Ryan Daniel Walters
    Ms. Zhenmian Xu