**IN THE UNITED STATES COURT OF APPEAL FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  *Plaintiff-Appellee*<br><br>v.<br><br>STATE OF TEXAS,<br>  *Defendant-Appellee*<br><br>STUDENTS FOR AFFORDABLE<br>TUITION; LA UNION DEL PUEBLO<br>ENTERO; AUSTIN COMMUNITY<br>COLLEGE; OSCAR SILVA,<br>  *Movants-Appellants* | ) <br> ) <br> ) <br> ) <br> )   No. 25-10898 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Mercedes G. Molina, counsel for *amicus curiae* Mexican American Legislative Caucus (“<u>MALC</u>”), requesting to withdraw as counsel in said case and in support respectfully states as follows:

1.     Mercedes G. Molina desires to withdraw as counsel of record for amicus curiae MALC.

2.     Ms. Molina recently began a new role at Ryan Law Partners LLP and is no longer employed by MALC.

3.     Ms. Molina should no longer receive service notices on behalf of MALC for this matter.

4.     Given MALC’s non-party role as amicus curiae and the Court’s possession and consideration of MALC’s Brief of Amicus Curiae, the granting of this motion will not prejudice MALC or any party to this matter.

5.     MALC has been given notice of counsel’s desire to withdraw from this case and approves of the withdrawal.

6.      A copy of this Motion to Withdraw has been sent to MALC via U.S. Postal Service at 1108 Lavaca Street, Suite 1108-351, Austin, Texas 78701 and emailed to chair@malc.org and jackie@malc.org.

7.      The last known mailing address for MALC is 1108 Lavaca Street, Suite 1108-351, Austin, Texas 78701.

8.      Ms. Molina respectfully requests this Court remove her from receiving notice or being contacted regarding the case.

Dated: April 29, 2026

Respectfully submitted,

*/s/ Mercedes G. Molina*
Mercedes G. Molina
Texas Bar No. 24147107
**RYAN LAW PARTNERS LLP**
(214) 550-2057
mercedes@ryanlawpartners.com
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219

## CERTIFICATE OF SERVICE UPON COUNSEL

I hereby certify that on April 29, 2026, a true and correct copy of the foregoing document was served on counsel for all parties via email.

*/s/ Mercedes G. Molina*
Mercedes G. Molina

## CERTIFICATE OF SERVICE UPON CLIENT

I hereby certify that on April 29, 2026, a true and correct copy of the foregoing document was served on amicus curiae by email.

*/s/ Mercedes G. Molina*
Mercedes G. Molina

## CERTIFICATE OF COMPLIANCE

I hereby certify that, complaint with Federal Rule of Appellate Procedure 32(g)(1), this motion contains 203 words—excluding non-countable materials—and thus complies with the volume limitations under the federal rules of appellate procedure.

*/s/ Mercedes G. Molina*
Mercedes G. Molina