# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 30, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10898    USA v. State of Texas
              USDC No. 7:25-CV-55

The court has granted the motion of Mercedes Molina to withdraw as counsel in the above appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Andrew Marshall Bernie
Mr. Simon Christopher Brewer
Ms. Tanya Broder
Mr. William Francis Cole
Mr. Andres Correa
Mr. Matt A. Crapo
Mr. Yaman Desai
Mr. Zachary Dolling
Mr. David A. Donatti
Mr. Drew C. Ensign
Ms. Kristin M. Etter
Ms. Lauren Elizabeth Fascett
Mr. Kyle Aaron Gardner
Ms. Kassandra Gonzalez
Mr. Daniel Hatoum
Mr. Luis Leonardo Lozada
Ms. Mercedes Molina
Mr. Ralph Michael Molina
Ms. Celina Y. Moreno
Mr. Fernando Nunez
Mr. Efren Carlos Olivares
Mr. Christopher W. Patton
Ms. Nina Perales
Ms. Adriana Cecilia Pinon
Mr. Nathaniel Anson Plemons
Mr. Zachary Louis Rhines
Ms. Madeleine Rodriguez

Mr. Thomas Andrew Saenz
Mr. Edgar Saldivar
Mr. Joshua Marc Salzman
Mr. Daniel Bentele Hahs Tenny
Ms. Margaret Dunlay Terwey
Mr. Ryan Daniel Walters
Mr. Brian Wolfman
Ms. Zhenmian Xu