**DEMOCRACY FORWARD▶**

May 29, 2026

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
Office of the Clerk
600 S. Maestri Place
New Orleans, LA 70130-3408

Via CM/ECF

      Re:    *United States v. Texas*, No. 25-10898

Dear Mr. Cayce:

      We write to provide the Court with a factual update regarding Oscar Silva, one of the LUPE Intervenors. In moving to intervene in this litigation, Mr. Silva cited his status as a student at the University of North Texas (UNT) and his fear that the district court's consent decree would cause him to lose eligibility for in-state tuition. *See, e.g.*, ROA.355-57 (Silva Declaration); LUPE Br. 10. We wish to notify the Court that Mr. Silva recently graduated from UNT.

      The Court should find it unnecessary to decide the effect of Mr. Silva's graduation on his ability to intervene in this litigation because the interests of the two other LUPE Intervenors (LUPE and Austin Community College) remain undiminished. See LUPE Br. 10-11; LUPE Reply 3-4, 5-6.

      In any case, for the reasons explained in our briefs, Mr. Silva had a protectible interest at the time that he sought to intervene and the district court thus erred in denying his intervention motion. The separate, unbriefed question of whether Mr. Silva's interest in the litigation has been rendered moot by his graduation should be resolved in the first instance by the district court.

2

Respectfully submitted,

*/s/ Joshua M. Salzman*
Joshua M. Salzman

*Counsel for LUPE Intervenors*

Word count: 190

cc: counsel of record (via CM/ECF)