**No. 25-10898**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff - Appellee

v.

STATE OF TEXAS,
Defendant - Appellee

STUDENTS FOR AFFORDABLE TUITION; LA UNION DEL PUEBLO
ENTERO; AUSTIN COMMUNITY COLLEGE; OSCAR SILVA
Movants - Appellants

On Appeal from the United States District Court for the Northern
District of Texas, No. 7:25-cv-00055
The Hon. Reed O'Connor, U.S. District Judge

**MOVANTS-APPELLANTS LA UNIÓN DEL PUEBLO ENTERO, AUSTIN
COMMUNITY COLLEGE, AND OSCAR SILVA'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING**

Movants-Appellants La Unión del Pueblo Entero, Austin Community
College, and Oscar Silva (collectively, LUPE Intervenors) respectfully move for a
30-day extension, to and including September 23, 2026, of the deadline in which to
file a petition for rehearing. Counsel for the United States and Texas consent to this
motion and the SAT Intervenors take no position on it.

1. This appeal arises from a case in which the United States and the State of
Texas secured a consent judgment invalidating a two-decade-old Texas statute

1

regarding tuition rates at public universities. After the district court entered the consent judgment, two groups of putative intervenors (including LUPE Intervenors) promptly sought to intervene to contest the validity of the judgment. The district court denied those motions on the grounds that intervention to defend the state statute would be futile.

2. A divided panel of the Court issued its opinion affirming the district court's denial of intervention on July 9, 2026. Under Federal Rule of Appellate Procedure 40(d)(1), a petition for rehearing would be due on August 24, 2026.[1]

3. There is good cause to extend the deadline for petitioning for panel rehearing and/or rehearing en banc, and this extension is not sought for the purpose of delay. Counsel for the LUPE Intervenors have several conflicting deadlines during the rehearing period which will make it burdensome to prepare a rehearing petition on the current schedule. For example, the recent deadlines of undersigned counsel, Joshua M. Salzman, who argued the appeal for the LUPE Intervenors and who will be a primary author of the rehearing petition, include: *Immigrant Advocates Response Collaborative v. DOJ*, No. 25-cv-02279 (D.D.C.) (motion for summary judgment filed July 16, 2026); *Neguse v. ICE*, No. 26-5072 (D.C. Cir.) (red brief filed July 24, 2026); *Jackler v. DOJ*, No. 26-1575 (Fed. Cir.) (amicus

---

[1] Because the forty-fifth day is Sunday, August 23, the deadline is automatically extended by one day. Fed. R. App. P. 26(a)(2)(C).

2

brief filed July 28, 2026); *United States v. Nebraska*, No. 26-2124 (8th Cir.) (blue brief and appendix due Aug. 4); *Brown v. DeLeeuw*, 1:26-cv-1249 (D.D.C.) (opposition to motion to dismiss due Aug. 12).

4. Additionally, Mr. Salzman has long-planned personal travel booked for August 13-22, 2026, during which period he is unlikely to have consistently reliable internet access.

5. Other counsel for LUPE Intervenors have similar conflicting deadlines and obligations in other cases that would make it burdensome to prepare a rehearing petition on the current schedule. Accordingly, LUPE Intervenors respectfully request that the Court grant this unopposed motion and extend the deadline to file a petition for rehearing to September 23, 2026.

## CONCLUSION

The Court should grant a 30-day extension for LUPE Intervenors to file a petition for rehearing.

Dated: August 5, 2026

David Donatti
Adriana Pinon
Edgar Saldivar
**ACLU FOUNDATION OF TEXAS**
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
ddonatti@aclutx.org

Kassandra Gonzalez
Zachary Dolling
Molly Petchenik
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757
Austin, TX 78760
(512) 474-5073 ext. 182 Telephone
(512) 474-0726 Facsimile
kassandra@texascivilrightsproject.org

Daniel Hatoum
**TEXAS CIVIL RIGHTS PROJECT**
1017 W. Hackberry Ave.
Alamo, TX 78516
(512) 474-5073 ext. 182 Telephone
(512) 474-0726 Facsimile
daniel@texascivilrightsproject.org

Efrén C. Olivares
**NATIONAL IMMIGRATION LAW CENTER**
P.O. Box 34573
Washington, DC 20005-9997
(213) 674-2817 Telephone
olivares@nilc.org

Respectfully submitted,

*/s/ Joshua M. Salzman*
Joshua M. Salzman
Brian D. Netter
Paul R.Q. Wolfson
Skye L. Perryman
Simon C. Brewer
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
jsalzman@democracyforward.org

Andrés Correa
Christopher Patton
Yaman Desai
Kyle A. Gardner
Zhenmian Xu
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile
acorrea@lynnllp.com

Tanya Broder
**NATIONAL IMMIGRATION LAW CENTER**
3450 Wilshire Blvd.
Los Angeles, CA 90010
510-663-8282
broder@nilc.org

**ATTORNEYS FOR MOVANT-APPELLANTS LA UNIÓN DEL PUEBLO ENTERO, AUSTIN COMMUNITY COLLEGE, AND OSCAR SILVA**

4

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the typeface and type-volume limitations in Federal Rule of Appellate Procedure 27(d)(1)(E) and 27(d)(2)(A) because it contains 451 words according to the count generated by Microsoft Word, and has been prepared in a proportionally spaced typeface using 14-point Times New Roman font.

Dated: August 5, 2026                    */s/ Joshua M. Salzman*
                                         Joshua M. Salzman