# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 06, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-10898    USA v. State of Texas
USDC No. 7:25-CV-55

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Andrew Marshall Bernie
Mr. Simon Christopher Brewer
Ms. Tanya Broder
Mr. William Francis Cole
Mr. Andres Correa
Mr. Matt A. Crapo
Mr. Yaman Desai
Mr. Zachary Dolling
Mr. David A. Donatti
Ms. Paige Duggins-Clay
Mr. Drew C. Ensign
Ms. Kristin M. Etter
Ms. Lauren Elizabeth Fascett
Mr. Kyle Aaron Gardner
Ms. Kassandra Gonzalez
Mr. Daniel Hatoum
Mr. Luis Leonardo Lozada
Mr. Ralph Michael Molina
Ms. Celina Y. Moreno
Mr. Fernando Nunez
Mr. Efren Carlos Olivares
Mr. Christopher W. Patton
Ms. Nina Perales
Ms. Adriana Cecilia Pinon
Mr. Nathaniel Anson Plemons
Mr. Zachary Louis Rhines
Ms. Madeleine Rodriguez
Mr. Thomas Andrew Saenz
Mr. Edgar Saldivar
Mr. Joshua Marc Salzman
Mr. Daniel Bentele Hahs Tenny

Ms. Margaret Dunlay Terwey
Mr. Ryan Daniel Walters
Mr. Brian Wolfman
Ms. Zhenmian Xu