# United States Court of Appeals
# for the Fifth Circuit

_____

No. 25-10898

_____

United States Court of Appeals
Fifth Circuit

**FILED**
August 6, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

versus

State of Texas,

*Defendant—Appellee*,

versus

Students for Affordable Tuition;
La Union del Pueblo Entero;
Austin Community College; Oscar Silva,

*Movants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:25-CV-55

_____

ORDER:

IT IS ORDERED that appellants' motion for an extension of time to file a petition for rehearing is DENIED. Regarding petitions for rehearing, Fifth Circuit Rule 40.2.4 states that "[c]ounsel should not request extensions of time except for the most compelling reasons." There is nothing compelling about the fact that counsel have other obligations.

_____
JERRY E. SMITH
*United States Circuit Judge*