# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 8, 2026
Lyle W. Cayce
Clerk

No. 25-10898

United States of America,

*Plaintiff—Appellee*,

*versus*

State of Texas,

*Defendant—Appellee*,

*versus*

Students for Affordable Tuition;
La Union del Pueblo Entero;
Austin Community College; Oscar Silva,

*Movants—Appellants*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:25-CV-55

ON PETITIONS FOR REHEARING EN BANC

Before Smith, Willett, and Ramirez, *Circuit Judges*.

Per Curiam:

Treating the petitions for rehearing en banc as petitions for panel

rehearing (5th Cir. R. 40 I.O.P.), the petitions for panel rehearing are DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 40 and 5th Cir. R. 40), the petitions for rehearing en banc are DENIED.