**No. 25-10898**

---

**IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

STATE OF TEXAS,

*Defendant-Appellee*,

v.

STUDENTS FOR AFFORDABLE TUITION; LA UNION DEL PUEBLO ENTERO; AUSTIN COMMUNITY COLLEGE; OSCAR SILVA,

*Movants-Appellants*.

On Appeal from the United States District Court for the Northern District of Texas, Wichita Falls Division, No. 7:25-cv-00055, Hon. Reed O'Connor

# MOTION TO WITHDRAW AS COUNSEL

Thomas A. Saenz
Fernando Nuñez
Luis L. Lozada
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
634 South Spring Street, Floor 11
Los Angeles, CA 90014
(213) 629-2512

*Counsel for Movant–Appellant Students for Affordable Tuition*

Fernando Nuñez moves to withdraw as counsel for Students for Affordable Tuition ("SAT"). Mr. Nuñez is ending his employment with the Mexican American Legal Defense and Educational Fund ("MALDEF"). SAT has been informed of the withdrawal, and the withdrawal will not prejudice SAT or future proceedings. SAT will remain fully and adequately represented by other counsel from MALDEF, including Thomas A. Saenz, Nina Perales, and Luis L. Lozada.

Dated: September 11, 2026 Respectfully submitted,

*/s/ Fernando Nuñez*
Fernando Nuñez (Cal. Bar No. 327390)
Thomas A. Saenz (Cal. Bar No. 159430)
Luis L. Lozada (Cal. Bar No. 344357)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th floor
Los Angeles, CA 90014
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org
fnunez@maldef.org
llozada@maldef.org

Nina Perales (Tex. Bar No. 24005046)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, Texas 78205
Facsimile: (210) 224-5382
Email: nperales@maldef.org

*Attorneys for Students for Affordable Tuition*

**CERTIFICATE OF SERVICE**

On September 11, 2026, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

*/s/ Fernando Nuñez*
Fernando Nuñez

**CERTIFICATE OF COMPLIANCE**

This motion contains 68 words and complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally-spaced typeface (14-point Times New Roman) using Microsoft Word (the same program used to calculate the word count).

*/s/ Fernando Nuñez*
Fernando Nuñez