# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 9, 2026
Lyle W. Cayce
Clerk

No. 25-10898

United States of America,

*Plaintiff—Appellee*,

*versus*

State of Texas,

*Defendant—Appellee*,

*versus*

Students for Affordable Tuition; La Union del Pueblo Entero; Austin Community College; Oscar Silva,

*Movants—Appellants*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:25-CV-55

## JUDGMENT

Before Smith, Willett, and Ramirez, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that we AFFIRM the denial of the motions to intervene and dismiss the remaining claims for want of appellate jurisdiction.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(b). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

IRMA CARRILLO RAMIREZ, *Circuit Judge*, dissenting.

UNITED STATES COURT OF APPEALS FIFTH JUDICIAL CIRCUIT

**Certified as a true copy and issued as the mandate on Sep 15, 2026**

**Attest:** Lyle W. Cayce

**Clerk, U.S. Court of Appeals, Fifth Circuit**