# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 15, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Wichita Falls
United States District Court
1000 Lamar Street
Room 203
Wichita Falls, TX 76307-0000

No. 25-10898 USA v. State of Texas
USDC No. 7:25-CV-55

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________
Melissa B. Courseault, Deputy Clerk
504-310-7701

cc:
- Mr. Andrew Marshall Bernie
- Mr. Simon Christopher Brewer
- Ms. Tanya Broder
- Mr. William Francis Cole
- Mr. Andres Correa
- Mr. Matt A. Crapo
- Mr. Yaman Desai
- Mr. Zachary Dolling
- Mr. David A. Donatti
- Ms. Paige Duggins-Clay
- Mr. Drew C. Ensign
- Ms. Kristin M. Etter
- Ms. Lauren Elizabeth Fascett
- Mr. Kyle Aaron Gardner
- Ms. Kassandra Gonzalez
- Mr. Daniel Hatoum
- Mr. Luis Leonardo Lozada
- Mr. Ralph Michael Molina
- Ms. Celina Y. Moreno
- Mr. Fernando Nunez
- Mr. Efren Carlos Olivares
- Mr. Christopher W. Patton

Ms. Nina Perales
Ms. Adriana Cecilia Pinon
Mr. Nathaniel Anson Plemons
Mr. Zachary Louis Rhines
Ms. Madeleine Rodriguez
Mr. Thomas Andrew Saenz
Mr. Edgar Saldivar
Mr. Joshua Marc Salzman
Mr. Daniel Bentele Hahs Tenny
Ms. Margaret Dunlay Terwey
Mr. Ryan Daniel Walters
Mr. Brian Wolfman
Ms. Zhenmian Xu